CARPENTER v. HAWES. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Philip Carpenter against Elmer E. Hawes. No opinion. Motion granted so far as to resettle the order granting defendant leave to appeal to the Court of Appeals from the judgment entered upon the order of this court affirming judgment. Settle order on notice. See, also, 123 N. Y. Supp. 1109; 124 N. Y. Supp. 1112.

In re CATLIN. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) In the matter of the sale, mortgage, or lease of the real property of Martha Lauraine Catlin, deceased, for the payment of debts. No opinion. Motion to dismiss appeal granted, with costs. See, also, 124 N. Y. Supp. 1112.

CAULKINS et al., Appellants, v. BUFFALO SPECIALTY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Frank Caulkins and another against the Buffalo Specialty Company. No opinion. Order affirmed, with $10 costs and disbursements.

CELLA v. VALENTE et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Angelica Cella against Frank Valente and others. No opinion. Motion to dismiss appeal denied without costs. Order filed.

CELLA v. VALENTE. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Angelica Cella against Peter Valente. No opinion. Motion to dismiss appeal denied without costs. Order filed.

CENTRAL BREWING CO. OF NEW YORK v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by the Central Brewing Company of New York against the Pennsylvania Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

CHAMBERLAIN v. CHAMBERLAIN. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Estelle A. Chamberlain against Frederick F. Chamberlain. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 133 App. Div. 897, 118 N. Y. Supp. 1098.

CHAPMAN, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by William L. Chapman against Edward Brown. No opinion. Judgment of the Municipal Court affirmed, with costs.

CHAPMAN, Respondent, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Charles McC. Chapman against Henry R. Wilson and another.
PER CURIAM. Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the award for services on December 21st, January 7th, and 18th are excessive, unless within 20 days plaintiff stipulate to reduce the judgment to the sum of $954.07, in which event the judgment, as modified, is affirmed, without costs of this appeal to either party.
HIRSCHBERG, P. J., dissents.

CHARLES C. KELLOGG & SONS CO., Respondent, v. DAPICE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by the Charles C. Kellogg & Sons Company against Rocco Dapice and others. No opinion. Motion granted and appeal dismissed, with costs.

CHILDS v. CHILDS. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Irving W. Childs against Eversley Childs, individually, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 68 Misc. Rep. 472, 124 N. Y. Supp. 550; 124 N. Y. Supp. 1112, 1117.

CHRISTIANO, Respondent, v. McHENRY, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Vincenzo Christiano against John D. McHenry. No opinion. No merit is shown in the appeal. The motion to dismiss is granted, with costs.

CHURCH, Respondent, v. CHURCH, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Maria E. Church against Samuel Church. No opinion. Order affirmed, with $10 costs and disbursements.

CITY OF NEW YORK, Respondent, v. McALLISTER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by the City of New York against James McAllister and others. De L. Berier, for appellants. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CITY OF NEW YORK, Appellant, v. NEW YORK MUT. GASLIGHT CO., Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by the City of New York against the New York Mutual Gaslight Company. T. Farley, for appellant. G. Zabriskie, for respondent. No opinion. Judgment affirmed, with costs on the opinion in City of New York v. N. Y. Mutual Gaslight Co., 135 App. Div. 260, 120 N. Y. Supp. 776. Order filed.

CLARK et al., Appellants, v. WILLIAMSBURGH TRUST CO., Respondent (Action No. 2). (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Joseph E. Clark and another against the Williamsburgh Trust Company. No opinion. Judgment of the Municipal Court affirmed, with costs.